IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA HARRISON *and* <br> CAROLYN DOW, <br><br>               Plaintiffs, <br><br> v. <br><br> BREW VINO, LLC *d/b/a* GRANDVIEW GOLF COURSE, <br> STEVEN CHRONISTER, <br> JORDAN CHRONISTER, <br> MARC BOWER *and* <br> BRIAN POLACHEK, <br><br>               Defendants. | Civil Action No. 1:20-cv-00666-SHR |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 21, 2020; that the summons and complaint were duly served upon the defendant, Brew Vino, LLC *d/b/a* Grandview Golf Course, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant Brew Vino, LLC *d/b/a* Grandview Golf Course, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

Date: 7/24/2020