## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANDRA HARRISON *and*
CAROLYN DOW,

                Plaintiffs,

    v.

BREW VINO, LLC *d/b/a* GRANDVIEW
GOLF COURSE,
STEVEN CHRONISTER,
JORDAN CHRONISTER,
MARC BOWER *and*
BRIAN POLACHEK,

                Defendants.

Civil Action No. 1:20-cv-00666-SHR

### ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 21, 2020; that the summons

and complaint were duly served upon the defendant, Marc Bower, and no answer or other

pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant

Marc Bower, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

*CLERK OF COURT*

Date: 7/24/2020

_____