IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANDRA HARRISON *and*
CAROLYN DOW,

        Plaintiffs,

v.

BREW VINO, LLC *d/b/a* GRANDVIEW
GOLF COURSE,
STEVEN CHRONISTER,
JORDAN CHRONISTER,
MARC BOWER *and*
BRIAN POLACHEK,

        Defendants.

Civil Action No. 1:20-cv-00666-SHR

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 21, 2020; that the summons and complaint were duly served upon the defendant, Brian Polachek, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant Brian Polachek, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

Date: 7/24/2020

CLERK OF COURT

*[signature]*