IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANDRA HARRISON *and*
CAROLYN DOW,

          Plaintiffs,

  v.

BREW VINO, LLC *d/b/a* GRANDVIEW
GOLF COURSE,
STEVEN CHRONISTER,
JORDAN CHRONISTER,
MARC BOWER *and*
BRIAN POLACHEK,

          Defendants.

Civil Action No. 1:20-cv-00666-SHR

**ORDER**

    **NOW**, this __28th__ day of __August__, 2020, upon consideration of Plaintiffs' Motion for Entry of Default Judgment against Brew Vino, LLC d/b/a Grandview Golf Course, Steven Chronister, Jordan Chronister, Marc Bower and Brian Polacheck ("Defendants"), and it appearing that Plaintiffs' have met their burden, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Therefore, judgment by default is **ENTERED** against Defendants in favor of Plaintiffs in an amount to be determined by the Court after a hearing to assess damages.

                        BY THE COURT:

                        __s/Sylvia H. Rambo__
                                        J.