IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA HARRISON** *and* **CAROLYN DOW,** | : | **Civ. No. 1:20-cv-00666** |
| **Plaintiffs,** | : | |
| vs. | : | |
| **BREW VINO, LLC** *d/b/a* **GRANDVIEW GOLF COURSE et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion for relief from default judgment (Doc. 21) is conditionally **DENIED** subject to a motion for reconsideration filed within 30 days of this order. Any motion for reconsideration by Defendants must be supported by applicable legal authority, detailed affidavits explaining the circumstances of their default, and specific facts and law to support any argument that Defendants have a meritorious defense to each individual claim asserted in the complaint;

**IT IS SO ORDERED.**

Dated: February 4, 2021

*s/Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge