IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA HARRISON and CAROLYN DOW,** | : Civ. No. 1:20-cv-00666 |
| **Plaintiffs,** | : |
| v. | : |
| **BREW VINO, LLC et al.,** | : |
| | : Judge Sylvia H. Rambo |
| **Defendants.** | |

# **O R D E R**

**AND NOW**, this 5th day of May 2021, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion for reconsideration of the court's February 4, 2021 order denying their motion to vacate default judgment is **GRANTED** and that their motion to vacate default judgment is **GRANTED.** (Doc. 25.)

**IT IS FURTHER ORDERED** that the default judgment entered against Defendants is **VACATED.** (Doc. 20.)

**IT IS FURTHER ORDERED** that within 14 days of the date of this order, Defendants shall file an answer or otherwise respond to the complaint.

**IT IS FURTHER ORDERED** that within 14 days from the date of this order, Plaintiffs' counsel shall file a declaration detailing the fees and expenses that were incurred in connection with responding to Defendants' motions.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge