IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA HARRISON** *and* **CAROLYN DOW,** | : Civ. No. 1:20-CV-00666 |
| **Plaintiffs,** | : |
| **BREW VINO, LLC** *d/b/a* **GRANDVIEW GOLF COURSE et al.,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## ORDER

**AND NOW**, this 13th day of September 2021, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows: (1) Defendants shall pay to Plaintiffs' attorneys the amount of $3,102.00, representing the attorney's fees and costs expended as a result of Defendants' default in this matter; (2) Payment shall be made in full within 30 days of the date of this order absent a showing of good cause.

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge